

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00737-CV

**ESTATE OF ELAINE EISELE ADAMS, DECEASED**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Appellant's third motion for extension of time to file his brief is GRANTED. Appellees' motion to dismiss for want of prosecution is DENIED. Appellees' brief is due on March 22, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court